Jonathan Silver
Attorney at Law

—

of Counsel
Paul C. Herson

Silver Tower
125-10 Queens Blvd, Suite 311, Kew Gardens, NY 11415
(718) 520-1010
juanplaja@aol.com

March 17, 2026

Hon. Lee G. Dunst
United States Magistrate Judge
United States District Court
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: Luper v. Stop For Kids LLC, No. 2:26-cv-01023-OEM-LGD

Dear Judge Dunst:

I am the attorney for the plaintiff and I write to oppose the request by defendant to extend its time to respond without conditions imposed.

Based on documents received in response to a subpoena previously served upon defendant it was learned that Stop For Kids, LLC. has in effect a "one year retention policy." by which it has apparently has been destroying its records concerning the subject red light camera system.

I indicated by consent to a 45 day extension but I asked that counsel confirm that defendant would stop doing that in the letter to the Court seeking the extenion. Counsel refused to do so.

I ask the Court to condition the granting of the extension accordingly.

Very truly yours,

JONATHAN SILVER ESQ.

JS/mm