**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

Index No. 618690/2024

FAITH LUPER ET AL

Plaintiff,

**JUDICIAL SUBPOENA**
**DUCES TECUM**

-against-

VILLAGE OF SADDLE ROCK

Defendant.

*The People of the State of New York*

TO   Stop For Kids LLC                              GREETING:

WE COMMAND YOU, That all business and excuses being laid aside, you and each of you appear and attend before the office of JONATHAN SILVER ESQ located at 125-10 Queens Blvd Suite 311 Kew Gardens NY 11415 on the 16st day of OCTOBER 2025 at 9:30 o'clock, in the forenoon, and at any recessed or adjourned date to give testimony in this action on the part of the PLAINTIFF and that you bring with you, and produce at the time and place aforesaid, a certain

Records and Documents indicating or evidencing the number of stop sign tickets issued in the Village of Saddle Rock using the camera system:
  1) during 2022;
  2) during 2023;
  3) during 2024

now in your custody, and all other deeds, evidences and writings, which you have in your custody or power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS, Honorable FRANCIS RICIGLIANO                one of the Justices of said Court, at   Mineola NY           the 16th day of September 2025

Jonathan Silver, Esq.
Attorney for Plaintiff
80-02 Kew Gardens Road
Kew Gardens, New York 11415
Tel: (718) 520-1010

SO ORDERED:

HON. FRANCIS RICIGLIANO

A COPY OF THIS SUBPOENA MUST BE SERVED ON COUNSEL FOR THE VILLAGE OF SADDLE ROCK ON OR BEFORE THE SAME DAY ITS SERVED ON STOP FOR KIDS, LLC. SERVICE ON ATTORNEYS FOR defendant is compelled by plaintiff

1 of 1