UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

FAITH LUPER individually and on behalf of all
other persons similarly situated.

               Plaintiff,

              -against-

STOP FOR KIDS LLC.

              Defendants

-----------------------------------------------------X

STIPULATION OF
DISMISSAL
Index# 26-CV-01023

     IT IS HEREBY STIPULATED AND AGREED, by and
between the undersigned, the attorneys of record for all the parties to the
above entitled action, that whereas no party hereto is an infant or
incompetent person for whom a committee has been appointed and no
person not a party has an interest in the subject matter of the action, the
above entitled action be, and the same hereby is dismissed without
prejudice, without costs to either party as against the other.

Dated: Kew Gardens, New York

_____

JONATHAN SILVER, ESQ.
Attorney for Plaintiff
125-10 Queens Blvd Suite 311
Kew Gardens, New York 11415
(718) 520-1010

_____

MARKY A. SUAZO
WINDELS MARX LANE & MITTENDORF, LLP
Attorneys for Defendant
156 West 56th Street
New York, New York 10019
212.237.1026